David I. Moulton, Texas Bar No. 24050193
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
(713) 877-8788 – Telephone
(713) 877-8065 – Facsimile
dmoulton@brucknerburch.com

M. Paige Benjamin
Utah State No. 9722
PO Box 1464
Provo, Utah 1464
801-822-9210 – Telephone
paigebenjamin@mac.com

*Attorneys-for-Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| MICHAEL DAVIS, on Behalf of Himself and Others Similarly Situated, | **PLAINTIFF'S FEBRUARY 12, 2016 NOTICE OF FILING CONSENT** |
| *Plaintiff*, | |
| v. | CASE NO. 2:15-cv-628-DB |
| ZIMMERMAN EQUIPMENT CO. d/b/a ZECO, | COLLECTIVE ACTION |
| *Defendant*. | |

Pursuant to 29 U.S.C. § 216(b), the following individual submits a written Notice of Consent:

1. Shane Power.

Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: **/s/ David I. Moulton**
 _____
 David I. Moulton

## CERTIFICATE OF CONFERENCE

This filing does not seek an order from, nor require any action by, the Court. Accordingly, no certificate of conference is required.

**/s/ David I. Moulton**
_____
David I. Moulton

## CERTIFICATE OF SERVICE

A copy of Plaintiff's February 12, 2016 Notice of Filing Consent was served on all parties via the Court's electronic filing system.

**/s/ David I. Moulton**
_____
David I. Moulton

## CONSENT TO JOIN WAGE CLAIM

Print Name: Shane M. Power

1. I hereby consent to participate in a collective action lawsuit against ZECO to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON as my attorneys to prosecute my wage claims.

4. I authorize the law firm and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

Signature: *Shane M. Power*
Shane M. Power (Feb 12, 2016)

Date Signed: Feb 12, 2016

**EXHIBIT 1**